UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-60229-CIV-MARTINEZ-GOODMAN

DR. DAVID S. MURANSKY, individually, and
on behalf of others similarly situated,

    Plaintiff,

vs.

THE CHEESECAKE FACTORY, INC., d/b/a
THE CHEESECAKE FACTORY, a Delaware
corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION TO TRANSFER VENUE

THIS CAUSE came before the Court upon Defendant The Cheesecake Factory, Inc.'s Motion to Transfer, pursuant to 28 U.S.C. § 1404(a) **(D.E. No. 21)**. The Court has considered the motion, response in opposition **(D.E. No. 29)**, and corresponding reply **(D.E. No. 32)**. For the reasons stated in Defendant's motion, the Court finds that for the convenience of the parties and witnesses, and in the interest of justice, this case should be transferred to the United States District Court for the Central District of California, where another related class action remains pending. *See Kristy Zhang, individually and on behalf of all others similarly situated, Plaintiff, v. The Cheesecake Factory Incorporated, Defendant*, Case No. 8:17-cv-00357. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

    1.    Defendant The Cheesecake Factory, Inc.'s Motion to Transfer, pursuant to 28

U.S.C. § 1404(a) **(D.E. No. 21)**, is **GRANTED**.

2. The Clerk is **DIRECTED** to immediately transfer this action to the United States District Court for the Central District of California.

3. This Case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of October, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record